JAMES G. TINSLEY et al., Respondents, *v.* PAUL WEIDINGER, Appellant.

(Argued December 9, 1891; decided December 23, 1891.)

APPEAL from judgment of the General Term of the Court of Common Pleas in and for the city and county of New York, entered upon an order made the first Monday of March, 1890, which affirmed a judgment in favor of plaintiffs entered upon a verdict directed by the court, and affirmed an order denying a motion for a new trial.

*Edward W. S. Johnston* for appellant.

*Michael H. Cardozo* for respondents.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed. _____